**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com

October 29, 2021

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  *U.S.A.* v. *Quincy Palmer,* 16-cr-20 (KPF)

Dear Judge Failla:

I write with the consent of the Government and the Probation Department to request an adjournment of our upcoming Violation of Supervised Release (VOSR) hearing for defendant Quincy Palmer, which is currently scheduled for November 3, 2021 at 3:30 p.m.  For the reasons that follow, we are jointly requested that this matter by adjourned until the week of December 13, 2021.

Procedural History

We first appeared on this matter in front of your honor on May 18, 2021. A VOSR hearing in this case was originally scheduled for July 21, 2021. A joint request was made for the adjournment of that hearing, which the Court granted.  The hearing was most recently adjourned to November 3, 2021, at 3:30 p.m.

Request for Adjournment

The requested adjournment is warranted because Mr. Palmer currently has an open criminal case in Bronx County (cr-002331-2021), for which the next scheduled hearing is on November 3, 2021.  The alleged criminal conduct in the Bronx forms the bases for the alleged violations of the conditions of Mr. Palmer's supervised release.  Accordingly, any developments in that case may inform the parties' next steps in this matter.

In light of Mr. Palmer's ongoing state case, I request—with the consent of the Government and the Probation Department—a further adjournment of the conference scheduled in this case to a date during the week of December 13, 2021.

                Respectfully submitted,

                Sean Hecker

cc:   (by ECF)
      Jonathan Bodansky, Assistant United States Attorney

      Megan Henriquez, United States Probation Officer

```
Application GRANTED.

The conference in this matter is ADJOURNED to December 21, 2021, at
3:00 p.m.

The Clerk of Court is directed to terminate the motion at docket
entry 29.



Dated:   October 29, 2021        SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE