# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL          212-763-0883
DIRECT EMAIL       shecker@kaplanhecker.com

September 2, 2022

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  *U.S.A.* v. *Quincy Palmer*, 16-cr-20 (KPF)

Dear Judge Failla:

    I write with the consent of the Government and the Probation Department to request an adjournment of our upcoming Violation of Supervised Release (VOSR) hearing for Quincy Palmer, which is currently scheduled for September 7, 2022 at 11:00 a.m.  For the reasons that follow, we are jointly requesting that this matter be adjourned until after October 1, 2022.

### *Procedural History*

    Mr. Palmer first appeared on the VOSR on May 18, 2021, and the matter was adjourned for a VOSR hearing to be held on July 21, 2021.  With the consent of the Government and the Probation Department, we have previously requested several adjournments of that hearing, which the Court granted.  The hearing was most recently adjourned to September 7, 2022.

### *Request for Adjournment*

    On September 4, 2021, Probation issued an amended VOSR report to include specifications relating to Mr. Palmer's arrest in New Jersey for unlawful possession of a firearm.  Since then, Mr. Palmer's New Jersey charges have been dismissed, but on November 22, 2021, Mr. Palmer was arrested by federal authorities for unlawful possession of a firearm by a convicted felon.  Mr. Palmer is now detained in the District of New Jersey on case number 3:21-mj-03038-TJB.

    In light of Mr. Palmer's pending cases, I request—with the consent of the Government and Probation—a further adjournment of the conference scheduled in this case to a date after October 1, 2022.

        Respectfully submitted,

        Sean Hecker

cc:   (by ECF)
      Jonathan Bodansky, Assistant United States Attorney

      (by E-mail)
      Megan Henriquez, United States Probation Officer
      Shawnte Lorick, United States Probation Officer

```
Application GRANTED.  The conference in this matter is hereby ADJOURNED
to November 16, 2022, at 12:00 p.m.

The Clerk of Court is directed to terminate the motion at docket entry
39.
```

```
Dated:   September 2, 2022          SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE