# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      212-763-0883
DIRECT EMAIL     shecker@kaplanhecker.com

November 14, 2022

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:  *U.S.A.* v. *Quincy Palmer*, 16-cr-20 (KPF)

Dear Judge Failla:

I write with the consent of the Government to request an adjournment of our upcoming Violation of Supervised Release (VOSR) hearing for Quincy Palmer, which is currently scheduled for November 16, 2022 at 12:00 p.m.  For the reasons that follow, we are jointly requesting that this matter be adjourned until after February 15, 2023.

### *Procedural History*

Mr. Palmer first appeared on the VOSR on May 18, 2021, and the matter was adjourned for a VOSR hearing to be held on July 21, 2021.  With the consent of the Government, we have previously requested several adjournments of that hearing due to a lack of material updates in his District of New Jersey case, each of which the Court granted.  The hearing was most recently adjourned to November 16, 2022.

### *Request for Adjournment*

On September 4, 2021, Probation issued an amended VOSR report to include specifications relating to Mr. Palmer's arrest in New Jersey for unlawful possession of a firearm.  Since then, Mr. Palmer's New Jersey charges have been dismissed, but on November 22, 2021, Mr. Palmer was arrested by federal authorities for unlawful possession of a firearm by a convicted felon.  Mr. Palmer is now detained in the District of New Jersey on case number 3:22-cr-00282-FLW.

In light of Mr. Palmer's pending cases, I request—with the consent of the Government—a further adjournment of the conference scheduled in this case to a date after February 15, 2023.

Respectfully submitted,

*Sean Hecker*

Sean Hecker

cc: (by ECF)
Jonathan Bodansky, Assistant United States Attorney

(by E-mail)
Megan Henriquez, United States Probation Officer
Shawnte Lorick, United States Probation Officer

---

Application GRANTED. The conference currently scheduled for November 16, 2022 is hereby ADJOURNED to **February 16, 2023,** at 10:30 a.m.

The Clerk of Court is directed to terminate the motion at docket entry 42.

SO ORDERED.

Dated:   November 14, 2022
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE