# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212-763-0883
DIRECT EMAIL   shecker@kaplanhecker.com

February 2, 2023

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *U.S.A.* v. *Quincy Palmer*, 16-cr-20 (KPF)

Dear Judge Failla:

I write with the consent of the Government to request an adjournment of our upcoming Violation of Supervised Release (VOSR) hearing for Quincy Palmer, which is currently scheduled for February 16, 2023. For the reasons that follow, we request that this matter be adjourned until after March 16, 2023.

*Procedural History*

Mr. Palmer first appeared on the VOSR on May 18, 2021, and the matter was adjourned for a VOSR hearing to be held on July 21, 2021. With the consent of the Government, we have previously requested several adjournments of that hearing due to a lack of material updates in his District of New Jersey case, each of which the Court granted. The hearing was most recently adjourned to February 16, 2023.

*Request for Adjournment*

On September 4, 2021, Probation issued an amended VOSR report to include specifications relating to Mr. Palmer's arrest in New Jersey for unlawful possession of a firearm. Since then, Mr. Palmer's New Jersey charges have been dismissed, but on November 22, 2021, Mr. Palmer was arrested by federal authorities for unlawful possession of a firearm by a convicted felon. Mr. Palmer is now detained in the District of New Jersey on case number 3:22-cr-00282-FLW. His next court date in the District of New Jersey is March 16, 2023.

In light of Mr. Palmer's pending case, I request—with the consent of the Government—a further adjournment of the conference scheduled in this case to a date after March 16, 2023.

Respectfully submitted,

*Sean Hecker*

Sean Hecker

cc: (by ECF)
Jonathan Bodansky, Assistant United States Attorney

(by E-mail)
Megan Henriquez, United States Probation Officer
Shawnte Lorick, United States Probation Officer

Application GRANTED. The conference currently scheduled for February 16, 2022 is hereby ADJOURNED to 11:00 a.m. on **April 4, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 44.

Dated: February 2, 2023
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE