# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL         212-763-0883
DIRECT EMAIL      shecker@kaplanhecker.com

August 31, 2023

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  *United States* v. *Quincy Palmer*, 16 Cr. 20 (KPF)

Dear Judge Failla:

    I write with the consent of the Government to request an adjournment of our upcoming Violation of Supervised Release ("VOSR") hearing for Quincy Palmer, which is currently scheduled for September 8, 2023, at 12:00 p.m. For the reasons that follow, we request that this matter be adjourned for approximately sixty days.

*Procedural History*

    Mr. Palmer first appeared on the VOSR on May 18, 2021, and the matter was adjourned for a VOSR hearing to be held on July 21, 2021. With the consent of the Government, we have previously requested several adjournments of that hearing due to a lack of material updates in his District of New Jersey case, each of which this Court granted. The hearing was most recently adjourned to September 8, 2023.

*Request for Adjournment*

    On September 4, 2021, Probation issued an amended VOSR report to include specifications relating to Mr. Palmer's arrest in New Jersey for unlawful possession of a firearm. Since then, Mr. Palmer's New Jersey charges have been dismissed, but on November 22, 2021, Mr. Palmer was arrested by federal authorities for unlawful possession of a firearm by a convicted felon. Mr. Palmer is now detained in the District of New Jersey on case number 3:22-cr-00282-GC. According to the docket, that case has not reached a disposition.

In light of Mr. Palmer's pending case, I request—with the consent of the Government—a further adjournment of the hearing scheduled in this case to a date on or after November 8, 2023. The Probation Office, through Officer Shawnte Lorick, has no objection to this request.

Respectfully submitted,

Sean Hecker

cc: (by ECF)
Jonathan Bodansky, Assistant United States Attorney

(by E-mail)
Shawnte Lorick, United States Probation Officer

```
Application GRANTED.  The conference currently scheduled for
September 8, 2023, is hereby ADJOURNED to November 21, 2023, at
3:00 p.m.

The Clerk of Court is directed to terminate the motion at docket
entry 50.


Dated:     September 1, 2023          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE