**HeckerFink LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL   212.763.0889
DIRECT EMAIL   shecker@heckerfink.com

November 26, 2024

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Quincy Palmer*, 16 Cr. 20 (KPF)

Dear Judge Failla:

I write with the consent of the Government to request an adjournment of the upcoming Violation of Supervised Release ("VOSR") hearing for Quincy Palmer, which is currently scheduled for December 4, 2024, at 3:30 p.m. For the reasons that follow, we request that this matter be adjourned for approximately ninety days.

*Procedural History*

Mr. Palmer first appeared on the VOSR on May 18, 2021, and the matter was adjourned for a VOSR hearing to be held on July 21, 2021. With the consent of the Government, we have previously requested several adjournments of that hearing due to a lack of material updates in his District of New Jersey case, each of which this Court granted. The hearing was most recently adjourned to December 4, 2024.

*Request for Adjournment*

On September 4, 2021, Probation issued an amended VOSR report to include specifications relating to Mr. Palmer's arrest in New Jersey for unlawful possession of a firearm. Since then, Mr. Palmer's New Jersey charges have been dismissed, but on November 22, 2021, Mr. Palmer was arrested by federal authorities for unlawful possession of a firearm by a convicted felon. Mr. Palmer was therefore detained in the District of New Jersey on case number 3:22 Cr. 282 (GC), until August 27, 2024, when Judge Castner dismissed Mr. Palmer's federal case without prejudice on speedy trial grounds. *See United States v. Palmer*, 3:22 Cr. 282 (D.N.J.), ECF 48-49. However, on October 10, 2024, Mr. Palmer was reindicted on the same charge. *See United States v. Palmer*,

Hecker Fink LLP

2

3:24 Cr. 669 (D.N.J.), ECF 1. Mr. Palmer was formally arrested and arraigned on November 20, 2024, and he remains detained. *Id.* at ECF 6, 9, 12, and 15.

In light of Mr. Palmer's pending case, I request a further adjournment of the hearing scheduled in this matter to a date on or after March 3, 2025. The Government and Probation have no objection to this request.

Respectfully submitted,

Sean Hecker

```
Application GRANTED.  The VOSR hearing scheduled for December 4, 2024, is
hereby ADJOURNED to March 4, 2025, at 2:30 p.m.

The Clerk of Court is directed to terminate the pending motion at docket
entry 60.

Dated:     November 26, 2024            SO ORDERED.
           New York, New York




                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE
```