**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

shecker@heckerfink.com

June 5, 2025

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *United States v. Quincy Palmer*, 16 Cr. 20 (KPF)

Dear Judge Failla:

  I write with the consent of the government to request an adjournment of the upcoming Violation of Supervised Release ("VOSR") hearing for Quincy Palmer, which is currently scheduled for June 11, 2025, at 11:00 a.m. For the reasons that follow, we request that this matter be adjourned for approximately ninety days.

***Procedural History***

  Mr. Palmer first appeared on the VOSR on May 18, 2021, and the matter was adjourned for a VOSR hearing to be held on July 21, 2021. With the consent of the government, we have previously requested several adjournments of that hearing due to a lack of material updates in his District of New Jersey case, each of which this Court granted. The hearing was most recently adjourned to June 11, 2025. *See* ECF 65.

***Request for Adjournment***

  On September 4, 2021, Probation issued an amended VOSR report to include specifications relating to Mr. Palmer's arrest in New Jersey for unlawful possession of a firearm. Since then, Mr. Palmer's New Jersey charges have been dismissed, but on November 22, 2021, Mr. Palmer was arrested by federal authorities for unlawful possession of a firearm by a convicted felon. Mr. Palmer was therefore detained in the District of New Jersey on case number 3:22 Cr. 282 (GC), until August 27, 2024, when Judge Castner dismissed Mr. Palmer's federal case without prejudice on speedy trial grounds. *See United States v. Palmer*, 3:22 Cr. 282 (D.N.J.), ECF 48-49. However, on October 10, 2024, Mr. Palmer was reindicted on the same charge. *See United States v. Palmer*, 3:24 Cr. 669 (D.N.J.), ECF 1. Mr. Palmer was formally arrested and arraigned on November 20, 2024, and he remains detained. *Id.* at ECF 6, 9, 12, and 15. Most recently, Judge Castner continued that case to September 8, 2025, to, among other things, "allow the parties to conduct plea negotiations." *Id.* at ECF 18.

Hecker Fink LLP

2

In light of Mr. Palmer's pending case, I request a further adjournment of the hearing scheduled in this matter to a date on or after September 8, 2025. The government and Probation have no objection to this request

Respectfully submitted,

Sean Hecker

```
Application GRANTED.

The VOSR hearing scheduled for June 11, 2025, is hereby ADJOURNED to
September 10, 2025, at 11:00 a.m.

The Clerk of Court is directed to terminate the pending motion at
docket entry 66.

Dated:     June 6, 2025                SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE