# Hecker Fink LLP

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

shecker@heckerfink.com

December 8, 2025

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> *Re:*     *United States v. Quincy Palmer*, 16 Cr. 20 (KPF)

Dear Judge Failla:

I write with the consent of the government to request an adjournment of the upcoming Violation of Supervised Release ("VOSR") hearing for Quincy Palmer, which is currently scheduled for December 10, 2025, at 10:00 a.m. For the reasons that follow, we request that this matter be adjourned for approximately ninety days.

## *Procedural History*

Mr. Palmer first appeared on the VOSR on May 18, 2021, and the matter was adjourned for a VOSR hearing to be held on July 21, 2021. With the consent of the government, we have previously requested several adjournments of the VOSR hearing due to a lack of material updates in Mr. Palmer's federal case out of the District of New Jersey, each of which this Court granted. The hearing was most recently adjourned to December 10, 2025. *See* ECF No. 69.

## *Request for Adjournment*

On September 4, 2021, Probation issued an amended VOSR report to include specifications relating to Mr. Palmer's arrest in New Jersey for unlawful possession of a firearm. Since then, Mr. Palmer's state charges have been dismissed, but on November 22, 2021, Mr. Palmer was arrested by federal authorities for unlawful possession of a firearm by a convicted felon. Mr. Palmer was therefore detained in the District of New Jersey on case number 3:22 Cr. 282 (GC), until August 27, 2024, when Judge Castner dismissed Mr. Palmer's federal case without prejudice on speedy trial grounds. *See United States v. Palmer*, 3:22 Cr. 282 (D.N.J.), ECF Nos. 48-49. However, on October 10, 2024, Mr. Palmer was reindicted on the same charge. *See United States v. Palmer*, 3:24 Cr. 669 (D.N.J.), ECF No. 1. Mr. Palmer was formally arrested and arraigned on November 20, 2024, and he remains detained. *Id.* at ECF Nos. 6, 9, 12, and 15. Most recently, Judge Castner continued that case to December 8, 2025, to, among other things, "allow the parties to conduct plea negotiations." *Id.* at ECF No. 20.

Hecker Fink LLP

2

Additionally, Probation has informed defense counsel that it has sent a Transfer of Jurisdiction and VOSR Transfer request to the District of New Jersey and is awaiting a response from the District of New Jersey.

In light of Mr. Palmer's pending case, and that Probation is waiting for a decision on its request to transfer the VOSR to the District of New Jersey, I respectfully request a further adjournment of the hearing scheduled in this matter to a date on or after March 8, 2026. The government and Probation have no objection to this request.

Respectfully submitted,

Sean Hecker

Application GRANTED.

The VOSR hearing currently scheduled for December 10, 2025, is hereby ADJOURNED to **March 18, 2026**, at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 70.

Dated:    December 8, 2025        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE