## Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL      212.763.0889
DIRECT EMAIL     shecker@heckerfink.com

March 11, 2026

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     *United States v. Quincy Palmer*, 16 Cr. 20 (KPF)

Dear Judge Failla:

I write with the consent of the government to request an adjournment of the upcoming Violation of Supervised Release ("VOSR") hearing for Quincy Palmer, which is currently scheduled for March 18, 2026, at 2:30 p.m. For the reasons that follow, we request that this matter be adjourned to week of July 22, 2026.

### *Procedural History*

Mr. Palmer first appeared on the VOSR on May 18, 2021, and the matter was adjourned for a VOSR hearing to be held on July 21, 2021. With the consent of the government, we have previously requested several adjournments of the VOSR hearing due to a lack of material updates in Mr. Palmer's federal case out of the District of New Jersey, each of which this Court granted. The hearing was most recently adjourned to March 18, 2026. *See* ECF No. 71.

### *Request for Adjournment*

On September 4, 2021, Probation issued an amended VOSR report to include specifications relating to Mr. Palmer's arrest in New Jersey for unlawful possession of a firearm. Since then, Mr. Palmer's state charges have been dismissed, but on November 22, 2021, Mr. Palmer was arrested by federal authorities for unlawful possession of a firearm by a convicted felon. Mr. Palmer was therefore detained in the District of New Jersey on case number 3:22 Cr. 282 (GC), until August 27, 2024, when Judge Castner dismissed Mr. Palmer's federal case without prejudice on speedy trial grounds. *See United States v. Palmer*, 3:22 Cr. 282 (D.N.J.), ECF Nos. 48-49. However, on October 10, 2024, Mr. Palmer was reindicted on the same charge and the case was

reassigned to Judge Castner. *See United States v. Palmer*, 3:24 Cr. 669 (D.N.J.), ECF No. 1. Mr. Palmer was formally arrested and arraigned on November 20, 2024, and he remains detained. *Id.* at ECF Nos. 6, 9, 12, and 15.

Most recently, on January 29, 2026, Judge Castner held a change of plea hearing where Mr. Palmer pleaded guilty to Count 1 of a Superseding Information alleging a violation of 18 U.S.C. § 922(g)(1). *Id.* at ECF No. 28. And on February 2, 2026, Judge Castner scheduled sentencing in the matter for July 16, 2026.

Additionally, in our December 8, 2025 letter to the Court, ECF No. 70, we explained that Probation had sent a Transfer of Jurisdiction and VOSR Transfer request to the District of New Jersey and was awaiting a response. Probation has informed defense counsel that the District of New Jersey has declined the transfer of jurisdiction and VOSR transfer.

Accordingly, in light of Mr. Palmer's pending sentencing on July 16, 2026, I respectfully request a further adjournment of the VOSR hearing scheduled in this matter to a date on or after July 22, 2026. The government and Probation have no objection to this request.

Respectfully submitted,

Sean Hecker

Application GRANTED.

The VOSR hearing currently scheduled for March 18, 2026, is hereby ADJOURNED to **July 22, 2026**, at **4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 72.

Dated:    March 12, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE