Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

DIRECT DIAL 212.763.0889
DIRECT EMAIL shecker@heckerfink.com

October 7, 2026

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

*Re:* *United States v. Quincy Palmer*, 16 Cr. 20 (KPF)

Dear Judge Failla:

I write with the consent of the government to request an adjournment of the upcoming Violation of Supervised Release ("VOSR") hearing for Quincy Palmer, currently scheduled for October 21, 2026, at 3:00 p.m. For the reasons that follow, we request that this matter be adjourned to the week of November 16, 2026.

***Procedural History***

Mr. Palmer first appeared on the VOSR on May 18, 2021, and the matter was adjourned for a VOSR hearing to be held on July 21, 2021. With the consent of the government, we have previously requested several adjournments of the VOSR hearing due to a lack of material updates in Mr. Palmer's federal case out of the District of New Jersey, each of which this Court granted. The hearing was most recently adjourned to October 21, 2026. *See* ECF No. 77.

***Request for Adjournment***

On September 4, 2021, Probation issued an amended VOSR report to include specifications relating to Mr. Palmer's arrest in New Jersey for unlawful possession of a firearm. Since then, Mr. Palmer's state charges have been dismissed, but on November 22, 2021, Mr. Palmer was arrested by federal authorities for unlawful possession of a firearm by a convicted felon. Mr. Palmer was therefore detained in the District of New Jersey on case number 3:22 Cr. 282 (GC), until August 27, 2024, when Judge Castner dismissed Mr. Palmer's federal case without prejudice on speedy trial grounds. *See United States v. Palmer*, 3:22 Cr. 282 (D.N.J.), ECF Nos. 48-49. However, on October 10, 2024, Mr. Palmer was reindicted on the same charge, and the case was reassigned to Judge Castner. *See United States v. Palmer*, 3:24 Cr. 669 (D.N.J.), ECF No. 1. Mr. Palmer was formally arrested and arraigned on November 20, 2024, and he remains detained. *Id.* at ECF Nos. 6, 9, 12, and 15.

On January 29, 2026, Judge Castner held a change of plea hearing where Mr. Palmer pleaded guilty to Count 1 of a Superseding Information alleging a violation of 18 U.S.C. § 922(g)(1). *Id.* at ECF No. 28. On February 2, 2026, Judge Castner scheduled sentencing in the matter for July 16, 2026. After the parties requested an adjournment due to an unexpected delay in the process of reviewing the draft PSR, *id.* at ECF No. 32, Judge Castner adjourned the sentencing to September 2, 2026, *id.* Judge Castner then rescheduled Mr. Palmer's sentencing to October 1, 2026. On October 1, 2026, Judge Castner further adjourned Mr. Palmer's sentencing to November 4, 2026. ECF No. 39.

Accordingly, in light of Mr. Palmer's pending sentencing on November 4, 2026, and after conferring with the government and Probation regarding schedules, I respectfully request a further adjournment of the VOSR hearing scheduled in this matter to a date on or after November 16, 2026.

The government and Probation have no objection to this request.

Respectfully submitted,

Sean Hecker

Application GRANTED. The VOSR hearing currently scheduled for October 21, 2026, at 3:00 p.m., is hereby ADJOURNED to **November 20, 2026, at 2:30 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 78.

Dated: October 8, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE